```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 04 B 12738
   LAURA HERRMANN
                                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA
      Debtor
   SSN XXX-XX-5107
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/31/04 and confirmed on 07/20/04.

   2.  The case was dismissed after confirmation, 01/17/2008.

   3.  The Debtor paid a total of $ 19704.99 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 9204.00 | 883.15 | 9204.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 479.94 | .00 | 103.01 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10875.91 | .00 | 2334.23 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4264.93 | .00 | 915.36 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBILE BUSINESS CA | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY VETERINARY CLINI | UNSECURED | 1700.48 | .00 | 364.97 |
| JIM CONLON & WENDY DALMO | UNSECURED | 567.41 | .00 | 121.77 |
| NICOR GAS | UNSECURED | 585.92 | .00 | 125.75 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PATRICIA KARWATZKI | UNSECURED | NOT FILED | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | 284.20 | .00 | 61.00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| CITICARDS PRIVATE LABEL | SECURED | 3186.00 | .00 | 3186.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12390.00 | .00 | 18758.79 | .00 | 31148.79 |
| PRINCIPAL PAID | 12390.00 | .00 | 4026.09 | .00 | 16416.09 |
| INTEREST PAID | 883.15 | .00 | .00 | .00 | 883.15 |
| TOTAL PAID | 13273.15 | .00 | 4026.09 | .00 | 17299.24 |

The Debtor's attorney, JAMES A YOUNG & ASSOC, was allowed $ 2200.00 and was paid $ 600.00 direct and $ 1600.00 through the plan.

The Trustee received $ 805.75 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                          /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE